IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KATRINA BANKS, ET AL.                                                    PLAINTIFFS

VS.                                       CIVIL ACTION NO. 5:02-cv-660(Br)(S)

MITSUBISHI MOTORS CREDIT OF AMERICA,
INC.; TRIAD FINANCIAL CORPORATION;
and THAMES AUTOPLEX, INC.                                               DEFENDANTS

FINAL JUDGMENT

This cause having come before the Court on the defendants' motions to compel arbitration, and the motions having been granted in two separate Orders Compelling Arbitration, the first entered October 22, 2004, and the second entered of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE